Joseph R. Manning, Jr., Esq. (SBN 223381)
**MANNING LAW, APC**
20062 SW Birch St., Suite 200 Newport Beach, CA 92660
Tel: (949) 200-8755 Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff:
SUZANNE NA PIER

Sammy Zreik (SBN 249020)
Kamiar Kooshki (SBN 232315)
**WHITBECK KOOSHKI AND ZREIK LLP**
21515 Hawthorne Blvd #1130
Torrance CA 90503
sammy.zreik@wkzlaw.com
kam.kooshki@wkzlaw.com
Tel: (888) 972-9477/ Fax: (310) 540-1112

Attorneys for Defendant
THE THIELMANN CORPORATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUZANNE NA PIER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>THE THIELMANN CORPORATION, a California corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.:  8:20-cv-01126-AB-DFM<br><br>Hon.  Andre Birotte Jr<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  June 26, 2020<br>Trial Date:  None Set |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff, SUZANNE NA PIER, and Defendant, THE THIELMANN CORPORATION (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: April 29, 2021                    **MANNING LAW, APC**

                                         By:   */s/ Joseph R. Manning, Jr. Esq.*
                                               Joseph R. Manning, Jr., Esq.
                                               Attorneys for Plaintiff,
                                               Suzanne Na Pier

Dated: April 29, 2021                    **WHITBECK KOOSHKI AND ZREIK LLP**

                                         By:   */s/ Sammy Zreik*
                                               Sammy Zreik
                                               Attorney for Defendant,
                                               The Thielmann Corporation

### CERTIFICATE OF SERVICE

I certify that on April 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

                                         Respectfully submitted,

Dated: April 29, 2021                    **MANNING LAW, APC**

                                         By:   */s/ Joseph R. Manning, Jr. Esq.*
                                               Joseph R. Manning, Jr., Esq.
                                               Attorneys for Plaintiff
                                               Suzanne Na Pier

## **SIGNATURE ATTESTATION**

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: April 29, 2021      **MANNING LAW, APC**

By:   */s/ Joseph R. Manning, Jr. Esq.*
Joseph R. Manning, Jr., Esq.
Attorneys for Plaintiff
Suzanne Na Pier